IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action File ) No. 1:07-CV-2316-RWS |
| SUPERIOR ASSET MANAGEMENT, INC., | ) ) ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE OF ALL CLAIMS

Having amicably resolved the underlying dispute between each other, Plaintiff Equal Employment Opportunity Commission and Defendant Superior Asset Management, Inc. have hereby consented to file this Dismissal With Prejudice of all Claims in the above-styled civil action, with each party to bear its own costs. The parties have resolved all claims with the entry of a consent order. The Clerk is authorized to mark the above-styled lawsuit "Dismissed with Prejudice" upon the docket records of the United States District Court for the Northern District of Georgia.

APPROVED this ___ day of _____, 20___

_____
U.S. District Judge
RICHARD W. STORY

FILED IN CHAMBERS
U.S.D.C Atlanta

DEC 03 2007

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

1